No. 21-13130-HH
Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| MARIA MAGDALENA ALVAREZ GALVEZ, individually and as the Guardian of her minor children, HEISHA MUNOZ and CLAMIL MUNOZ, *et al.*,<br><br>v.<br><br>FANJUL CORP., and CENTRAL ROMANA CORPORATION, LTD. | No. 21-13130-HH |

## APPELLEE FANJUL CORP.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1 and Rule 26.1 of the Federal Rules of Appellate Procedure, Appellee Fanjul Corp. certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

    Alcantara, Carlos Manuel

    Almonte, Ana Rose

No. 21-13130-HH
Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

Altagracia, Ariana Marrero

Antorcha, Juan Carlos

Arrollo, Jhonsi

Avila, Nanci

Calderon, Maria Altagracia

Central Romana Corporation, Ltd.

Chala, Dania

Coffils, Juanita

Curphey, Shauna M.

Curphey Law, LLC

de la Cruz, Francisco Herrera

Doroteo, Yefry Sierra

Duane Morris LLP

Fanjul Corp.

Galvez, Maria Magdalena Alvarez

Gomez, Gertrudis Veloz

Jean, Edi Luis

Jimenez, Annoris Morales

Jimenez, Maria

Jimenez, Severa

No. 21-13130-HH
Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

    Klock, Jr., Joseph P.

    Law Offices of Robert T. Vance, Jr.

    Mancebo, Rafael

    Mejia, Domingo

    Mejia, Domitila

    Monte, Ana Alvarez

    Palumbos, Robert M.

    Paul, Carline

    Rasco Klock Perez & Nieto, P.L.

    Reinhart, The Honorable Bruce

    Ruiz, II, The Honorable Rodolfo A.

    Sanchez, Luz Clarita

    Sena, Ruth D.

    Shane, Richard D.

    Sierra, Emely

    Sterling, Manuel

    Vance, Jr., Robert T.

No. 21-13130-HH
Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

                                    Respectfully submitted,

*/s/ Robert M. Palumbos*
Robert M. Palumbos, Esq.
rmpalumbos@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1111

Richard D. Shane, Esq.
rdshane@duanemorris.com
DUANE MORRIS LLP
201 South Biscayne Boulevard
Suite 3400
Miami, FL 33131
Tel: (305) 960-2200

*Counsel for Appellee Fanjul Corp.*

October 12, 2021