IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

No. 21-13130-HH
_____

MARIA MAGDALENA ALVAREZ GALVEZ, individually
and as the Guardian of her minor children, HEISHA MUNOZ
and CLAMIL MUNOZ, et al.,

Plaintiff/Appellant,

-vs-

FANJUL CORP., and CENTRAL ROMANA CORPORATION, LTD,

Defendant/Appellee.

**APPELLEE'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT (CIP)**
_____

Pursuant to Eleventh Circuit Rule 26.1-1 and Rule 26.1 of the Federal Rules of Appellate Procedure, Appellee Central Romana Corporation, Ltd. certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicy held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

Alcantara, Carlos Manuel

Almonte, Ana Rose

1

Altagracia, Ariana Marrero

Antorcha, Juan Carlos

Arrollo, Jhonsi

Avila, Nanci

Calderon, Maria Altagracia

Central Romana Corporation, Ltd.

Chala, Dania

Coffils, Juanita

Curphey, Shauna M.

Curphey law, LLC

De la Cruz, Francisco Herrera

Doroteo, Yefry Sierra

Duane Morris LLP

Fanjul Corp.

Galvez, Maria Magdalena Alvarez

Gomez, Gertrudis Veloz

Jean, Edi Luis

Jimenez, Annoris Morales

Jimenez, Maria

Jimenez, Severa

Klock, Jr. Joseph P.

Law Offices of Robert T. Vance, Jr.

Mancebo, Rafael

Mejia, Domingo

Mejia, Domitila

Monte, Ana Alvarez

Palumbos, Robert M.

Paul, Carline

Rasco Klock Perez & Nieto, P.L.

Reinhart, The Honorable Bruce

Ruiz, II, The Honorable Rodolfo A.

Sanchez, Luz Clarita

Sena, Ruth D.

Shane, Richard D.

Sierra, Emely

Sterling, Manuel

Vance, Jr., Robert T.

Respectfully submitted,

/s/ *Joseph P. Klock, Jr.*
Joseph P. Klock, Jr., Esq., FBN 156678
jklock@rascoklock.com
Susan E. Klock, Esq., FBN 41294
sklock@rascoklock.com
Gabriel E. Nieto, Esq., FBN 147559
gnieto@rascoklock.com
RASCO KLOCK PEREZ NIETO, P.L.
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
Phone: (305) 476-7000
Fax: (305) 476-7102

*Counsel for Appellee Central Romana Corporation, Ltd.*

October 14, 2021