# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| MARIA MAGDALENA ALVAREZ GALVEZ, individually and as the Guardian of her minor children, HEISHA MUNOZ and CLAMIL MUNOZ, *et al.*, <br><br> v. <br><br> FANJUL CORP., and CENTRAL ROMANA CORPORATION, LTD. | No. 21-13130-HH |

# APPELLEES' OPPOSITION TO
# APPELLANTS' MOTION TO SET ASIDE THE ORDER OF DISMISSAL

USCA11 Case: 21-13130     Document: 32     Date Filed: 12/14/2021     Page: 2 of 12

No. 21-13130-HH
Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| MARIA MAGDALENA ALVAREZ GALVEZ, individually and as the Guardian of her minor children, HEISHA MUNOZ and CLAMIL MUNOZ, *et al.*,<br><br>v.<br><br>FANJUL CORP., and CENTRAL ROMANA CORPORATION, LTD. | No. 21-13130-HH |

## APPELLEE FANJUL CORP.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1 and Rule 26.1 of the Federal Rules of Appellate Procedure, Appellee Fanjul Corp. certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

Alcantara, Carlos Manuel

Almonte, Ana Rose

Altagracia, Ariana Marrero

Antorcha, Juan Carlos

Arrollo, Jhonsi

Avila, Nanci

Calderon, Maria Altagracia

Central Romana Corporation, Ltd.

Chala, Dania

Coffils, Juanita

Curphey, Shauna M.

Curphey Law, LLC

de la Cruz, Francisco Herrera

Doroteo, Yefry Sierra

Duane Morris LLP

Fanjul Corp.

Galvez, Maria Magdalena Alvarez

Gomez, Gertrudis Veloz

Jean, Edi Luis

Jimenez, Annoris Morales

Jimenez, Maria

USCA11 Case: 21-13130     Document: 32     Date Filed: 12/14/2021     Page: 4 of 12

No. 21-13130-HH
Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

Jimenez, Severa

Klock, Jr., Joseph P.

Klock, Susan

Law Offices of Robert T. Vance, Jr.

Mancebo, Rafael

Mejia, Domingo

Mejia, Domitila

Monte, Ana Alvarez

Nieto, Gabriel

Palumbos, Robert M.

Paul, Carline

Rasco Klock Perez & Nieto, P.L.

Reinhart, The Honorable Bruce

Ruiz, II, The Honorable Rodolfo A.

Sanchez, Luz Clarita

Sena, Ruth D.

Shane, Richard D.

Sierra, Emely

Sterling, Manuel

Vance, Jr., Robert T.

                                                Respectfully submitted,

                                                */s/ Robert M. Palumbos*
                                                Robert M. Palumbos, Esq.
                                                rmpalumbos@duanemorris.com
                                                DUANE MORRIS LLP
                                                30 South 17th Street
                                                Philadelphia, PA 19103
                                                Tel: (215) 979-1111

                                                Richard D. Shane, Esq.
                                                rdshane@duanemorris.com
                                                DUANE MORRIS LLP
                                                201 South Biscayne Boulevard
                                                Suite 3400
                                                Miami, FL 33131
                                                Tel: (305) 960-2200

                                                *Counsel for Appellee Fanjul Corp.*

No. 21-13130-HH
Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

USCA11 Case: 21-13130     Document: 32     Date Filed: 12/14/2021     Page: 6 of 12

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 21-13130-HH

MARIA MAGDALENA ALVAREZ GALVEZ, individually
and as the Guardian of her minor children, HEISHA MUNOZ
and CLAMIL MUNOZ, et al.,

Plaintiff/Appellant,

-vs-

FANJUL CORP., and CENTRAL ROMANA CORPORATION, LTD,

Defendant/Appellee.

**APPELLEE'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT (CIP)**

Pursuant to Eleventh Circuit Rule 26.1-1 and Rule 26.1 of the Federal Rules of Appellate Procedure, Appellee Central Romana Corporation, Ltd. certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicy held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

Alcantara, Carlos Manuel

Almonte, Ana Rose

USCA11 Case: 21-13130     Document: 32     Date Filed: 12/14/2021     Page: 7 of 12

No. 21-13130-HH
Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

Altagracia, Ariana Marrero

Antorcha, Juan Carlos

Arrollo, Jhonsi

Avila, Nanci

Calderon, Maria Altagracia

Central Romana Corporation, Ltd.

Chala, Dania

Coffils, Juanita

Curphey, Shauna M.

Curphey law, LLC

De la Cruz, Francisco Herrera

Doroteo, Yefry Sierra

Duane Morris LLP

Fanjul Corp.

Galvez, Maria Magdalena Alvarez

Gomez, Gertrudis Veloz

Jean, Edi Luis

Jimenez, Annoris Morales

Jimenez, Maria

Jimenez, Severa

No. 21-13130
Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

USCA11 Case: 21-13130   Document: 32   Date Filed: 12/14/2021   Page: 8 of 12

Klock, Jr. Joseph P.

Law Offices of Robert T. Vance, Jr.

Mancebo, Rafael

Mejia, Domingo

Mejia, Domitila

Monte, Ana Alvarez

Palumbos, Robert M.

Paul, Carline

Rasco Klock Perez & Nieto, P.L.

Reinhart, The Honorable Bruce

Ruiz, II, The Honorable Rodolfo A.

Sanchez, Luz Clarita

Sena, Ruth D.

Shane, Richard D.

Sierra, Emely

Sterling, Manuel

Vance, Jr., Robert T.

USCA11 Case: 21-13130     Document: 32     Date Filed: 12/14/2021     Page: 9 of 12

No. 21-13130-HH
Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

Respectfully submitted,

/s/ *Joseph P. Klock, Jr.*
Joseph P. Klock, Jr., Esq., FBN 156678
jklock@rascoklock.com
Susan E. Klock, Esq., FBN 41294
sklock@rascoklock.com
Gabriel E. Nieto, Esq., FBN 147559
gnieto@rascoklock.com
RASCO KLOCK PEREZ NIETO, P.L.
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
Phone: (305) 476-7000
Fax: (305) 476-7102

*Counsel for Appellee*
*Central Romana Corporation, Ltd.*

**OPPOSITION TO MOTION TO SET ASIDE THE ORDER OF DISMISSAL**

On December 9, 2021, the Court dismissed this appeal for want of prosecution because the appellants had failed to file an appendix. The Court instructed that Eleventh Circuit Rules 42-2(e) and 42-3(e) would govern any motion to set aside the dismissal. Because the appellants have not even tried to satisfy the standard set by those rules for setting aside the dismissal, the Court should deny their motion.

Eleventh Circuit Rules 42-2(e) and 42-3(e) provide that an appeal dismissed pursuant to those rules may be reinstated only upon the timely filing of "a motion showing extraordinary circumstances." Although the appellants recognized in their motion that Eleventh Circuit Rules 42-2(e) and 42-3(e) govern their request to set aside the dismissal, they did not attempt to satisfy the legal standard in those rules.

The appellants have provided no explanation or justification for their untimely filing of an appendix. They failed to explain the circumstances—extraordinary or otherwise—that led them to default on their obligations. Their only argument is that their untimely filing does not prejudice the appellees. That argument does not satisfy the standard to set aside a dismissal under the Court's rules. Accordingly, the Court should deny the motion.

The appellants' failure to acknowledge or satisfy the standard in Eleventh Circuit Rules 42-2(e) and 42-3(e) is part of their pattern of ignoring this Court's rules. As the docket in this appeal reflects, the appellants failed to file a timely Civil

1

Appeal Statement, have never responded to the Court's Jurisdictional Question, and have not filed a Certificate of Interested Parties through the Court's the electronic filing system, despite two deficiency notices.

Parties have an obligation to satisfy the Court's rules, particularly when represented by counsel. The appellants' motion is the latest example of their failure to do so. Because the appellants have not satisfied—or even attempted to satisfy—the standard for reinstating their appeal under Eleventh Circuit Rules 42-2(e) and 42-3(e), the Court should deny the motion.

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph P. Klock, Jr.* | */s/ Robert M. Palumbos* |
| Joseph P. Klock, Jr., Esq. | Robert M. Palumbos, Esq. |
| jklock@rascoklock.com | rmpalumbos@duanemorris.com |
| Susan E. Klock, Esq. | DUANE MORRIS LLP |
| sklock@rascoklock.com | 30 South 17th Street |
| RASCO KLOCK PEREZ | Philadelphia, PA 19103 |
| & NIETO, P.L. | Tel: (215) 979-1111 |
| 2555 Ponce de Leon Blvd. | |
| Suite 600 | Richard D. Shane, Esq. |
| Coral Gables, FL 33134 | rdshane@duanemorris.com |
| Tel: (305) 476-7100 | DUANE MORRIS LLP |
| | 201 South Biscayne Boulevard |
| *Counsel for Appellee* | Suite 3400 |
| *Central Romana Corporation, Ltd.* | Miami, FL 33131 |
| | Tel: (305) 960-2200 |
| | |
| | *Counsel for Appellee Fanjul Corp.* |

December 14, 2021

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 336 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 2010 in Times New Roman 14-point font.

*/s/ Richard D. Shane*
*Counsel for Appellee Fanjul Corp.*

December 14, 2021