UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **Maria Alvarez Galvez, et al.** : |  |
| : |  |
| v. : | No. 21-13130-HH |
| : |  |
| **Fanjul Corp., et al.** : |  |

## APPELLANTS' REPLY IN SUPPORT OF
## APPELLANTS' MOTION TO SET ASIDE THE ORDER OF DISMISSAL

Appellants, Maria Alvarez Galvez, et al., by and through their attorney, hereby submit this Reply in support of Appellants' Motion to Set Aside the Order of Dismissal.

### I.   Background

On December 9, 2021, the Court dismissed this appeal for want of prosecution on the grounds that the Appellants had failed to file an Appendix by December 1, 2021. On December 13, 2021, Appellants filed the Appendix and Corrected Appendix.[1] On December 14, 2021, Appellees filed their Opposition to Appellants' Motion to Set Aside the Order of Dismissal. Appellees contend that Appellants' Motion did not satisfy the standard of Eleventh Circuit Rules 42-2(e) and 42-3(e) and that other reasons supported denial of Appellants' Motion. For the reasons set forth herein, the Court should grant Appellants' Motion.

First, Appellants contend that the fact that the late filing of the Appendix has not prejudiced Appellees is sufficient to constitute "extraordinary circumstances" for purposes of Rules 42-2(e) and 42-3(e). Neither Rule defines "extraordinary circumstances" in the context of the failure to timely file an appendix, and Appellees have pointed to no case establishing that a

---

[1] Appellants filed the Corrected Appendix because the Appendix did not include a Table of Contents. In all other respects, the Appendix and Corrected Appendix are identical.

lack of prejudice cannot constitute "extraordinary circumstances." Nor have Appellees contended that they were prejudiced in any way by the late filing of the Appendix.

Second, Appellees' contention that Appellants have a pattern of ignoring this Court's rules simply is incorrect. In their Motion to File the Civil Appeal Statement Out of Time, Appellants set forth the facts that led to that circumstance, all of which involved the efforts of the undersigned counsel to obtain admittance to this Court. And Appellees misstate the facts when they contend that Appellants have not filed a Certificate of Interested Parties through the Court's electronic filing system. To the contrary, as reflected in Exhibit A to this Reply, Appellants filed the CIP on November 14, 2021. And with respect to the Court's Jurisdictional Question, Appellants acknowledge that although the Complaint and the Amended Complaint adequately establish the citizenship of the Appellants, Appellee Fanjul Corp., and Appellee Central Romana Corporation, Ltd. *See* Cmplt. ¶¶ 1-24 (Appellants), 25 (Fanjul Corp.), and 26 (Central Romana Corporation, Ltd.); <u>see</u> Am. Cmplt. ¶¶ 1-24 (Appellants) and 25 (Fanjul Corp.), the sole deficiency relates to the lack of an allegation that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. The November 5, 2021 letter from the Clerk of Court directed the parties to address whether the allegations should be amended on appeal, pursuant to 28 U.S.C. § 1653, to cure any jurisdictional deficiencies in the current pleadings, and that, "if applicable, the parties should submit any motions they consider necessary or appropriate to cure the deficiencies." Appellants intend to submit a motion pursuant to 28 U.S.C. § 1653 to amend the Amended Complaint to cure the deficiency related to the amount in controversy, but did not interpret the November 5, 2021 letter as requiring them to do so within 14 days. Appellants will do so forthwith.

Accordingly, Appellants respectfully request that the Court grant Appellants' Motion to Set Aside the Order of Dismissal.

                                                *s/Robert T Vance Jr*
                                                Robert T Vance Jr
                                                Law Offices of Robert T Vance Jr
                                                100 South Broad Street, Suite 905
                                                Philadelphia, PA 19110
                                                215 557 9550 tel / 215 278 7992 fax
                                                rvance@vancelf.com

                                                *Attorney for Appellants Maria Galvez, et al.*

## Certificate Of Compliance With Type-Volume Limit, Typeface Requirements. And Type-Style Requirements

This Reply to Appellants' Motion complies with the word limit of FRAP 27(d)(2)(A) because excluding the parts of the document exempted by FRAP 32(f), this document contains 770 words.

This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

Dated: November 14, 2021                    *s/Robert T Vance Jr*
                                            Robert T Vance Jr
                                            *Attorney for the Appellants*

## Certificate of Service

I hereby certify that the foregoing Appellants' Reply in Support of Appellants' Motion to Set Aside the Order of Dismissal was filed electronically on December 14, 2021, and thereby served on all counsel of record.

                                                             *s/Robert T Vance Jr*
                                                             Robert T Vance Jr

Exhibit A

Sunday, November 14, 2021 at 4:38:40 PM Eastern Standard Time

**Subject:** Subject: Web-Based CIP Submission Confirmation - 21-13130
**Date:** Sunday, November 14, 2021 at 4:37:58 PM Eastern Standard Time
**From:** Eleventh Circuit Court
**To:** Robert Vance
**CC:** CE-ECF_Admin@ca11.uscourts.gov, CE-ECF_Admin@ca11.uscourts.gov

This email is to confirm that a web-based CIP for case 21-13130, Maria Alvarez Galvez v. Fanjul Corp., has been submitted by Robert T. Vance representing Veloz Gomez, Gertrudis to the Eleventh Circuit Court of Appeals.

## U.S. Court of Appeals for the Eleventh Circuit

### Certificate of Interested Persons and Corporate Disclosure Statement (CIP)

### Maria Alvarez Galvez, et al. v. Fanjul Corp., et al.

### Case No 21-13130-HH

The following persons have an interest in the outcome of Appellants' Motion to Set Aside the Order of Dismissal:

Carlos Manuel Alcantara
Ana Rosa Almonte
Ariana Marrero Altagracia
Maria Magdalena Alvarez Galvez
Jhonsi Arrollo
Nanci Avila
Maria Altagracia Calderon
Dania Chala
Juanita Coffils
Yefry Sierra Doroteo
Gertrudis Veloz Gomez
Francisco Herrera de la Cruz
Edi Luis Jean
Annoris Morales Jimenez
Maria Jimenez
Severa Jimenez
Rafael Mancebo
Domingo Mejia
Domitila Mejia
Ana Alvarez Monte
Carline Paul
Luz Clarita Sanchez
Ruth D. Sena
Emely Sierra
Manuel Sterling